O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9067 AHM (AGRx) | Date | April 22, 2011 |
|---|---|---|---|
| Title | JAMES GONZALES et al. v. COUNTY OF RIVERSIDE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

     The Court will not stay Plaintiff Almanzar's action in this case, and hereby DISCHARGES the Order to Show Cause issued on April 5, 2011.  Dkt. 17.  The Court will discuss the remaining issues and parties in this case at the June 13, 2011 Scheduling Conference.

                                                                                                  :

Initials of Preparer    SMO