Pamela J. Walls, County Counsel, SBN 123446
Patti F. Smith, SBN 158397
**Office of Riverside County Counsel**
3960 Orange Street, Fifth Floor
Riverside, California 92501
Phone: (951) 955-6300
Fax: (951) 955-6363

JS-6

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@AriasLockwood.Com

Attorneys for defendant County of Riverside

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONZALES, ESTELLA GONZALES, GARY GONZALES, DONALD ALMANZAR, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, ERIC C. BEATTY, and Does 1-10, <br><br> Defendants. | CASE NO. CV 10-9067 AHM (AGRx) <br><br> ~~(PROPOSED)~~ JUDGMENT <br><br> DATE: December 5, 2011 <br> TIME: 10:00 a.m. <br> ROOM: 14 |

The court having granted defendants' motion for summary judgment, JUDGMENT is entered in favor of defendant County of Riverside and against plaintiff Donald Almanzar.

DATED: March 5, 2012

_____
United States District Court Judge

JS-6

1